**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | CASE NO. 16-00030/ESL |
| XIOMARA SIFUENTES BONILLA | CHAPTER 13 |
| DEBTOR | |

**DEBTOR'S NOTICE OF FILING OF
AMENDED SCHEDULE "J"**

**TO THE HONORABLE COURT:**

**NOW COMES, XIOMARA SIFUENTES BONILLA**, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. Debtor is hereby submitting **Amended Schedule "J"**, dated February 8, 2016, herewith and attached to this motion.

2. These amendment to Schedule "J" is filed _to state debtor's actual expenses._

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)**

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
Notice of Amended Schedules "J"
Case no. 16-00030/ESL13

## CERTIFICATE OF SERVICE

**I CERTIFY**, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 8th day of February, 2016.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL 787-744-7699/FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Fill in this information to identify your case:

Debtor 1: XIOMARA SIFUENTES BONILLA

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (If known): 3:16-bk-30

Check if this is:
■ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____ MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

   ■ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. Do you have dependents?   ☐ No

   Do not list Debtor 1 and Debtor 2.
   ■ Yes. Fill out this information for each dependent............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 8 | ☐ No  ■ Yes |
   | Son | 6 | ☐ No  ■ Yes |
   | Daughter | 15 | ■ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   ■ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I).

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4. $ 310.00

   If not included in line 4:
   4a. Real estate taxes   4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance   4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses   4c. $ 0.00
   4d. Homeowner's association or condominium dues   4d. $ 0.00
5. Additional mortgage payments for your residence, such as home equity loans   5. $ 0.00

Official Form 106J          Schedule J: Your Expenses          page 1

Debtor 1 **SIFUENTES BONILLA, XIOMARA**  Case number (if known) **3:16-bk-30**

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ 80.00
   - 6b. Water, sewer, garbage collection — 6b. $ 45.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 35.00
   - 6d. Other. Specify: — 6d. $ 0.00
7. **Food and housekeeping supplies** — 7. $ 307.71
8. **Childcare and children's education costs** — 8. $ 70.00
9. **Clothing, laundry, and dry cleaning** — 9. $ 50.00
10. **Personal care products and services** — 10. $ 50.00
11. **Medical and dental expenses** — 11. $ 25.00
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 240.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ 40.00
14. **Charitable contributions and religious donations** — 14. $ 0.00
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 0.00
    - 15b. Health insurance — 15b. $ 0.00
    - 15c. Vehicle insurance — 15c. $ 0.00
    - 15d. Other insurance. Specify: — 15d. $ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ 0.00
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ 0.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: — 17c. $ 0.00
    - 17d. Other. Specify: — 17d. $ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** — 18. $ 323.35
19. **Other payments you make to support others who do not live with you.** Specify: — 19. $ 0.00
20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. Other: Specify: **Beauty & Barber** — 21. +$ 20.00
    **Lunch at work** — +$ 80.00
    **Savings/Emergency Funds** — +$ 40.00
    **Parking** — +$ 27.00

22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21. — $ 1,743.06
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ 1,743.06

23. **Calculate your monthly net income.**
    - 23a. Copy line 12 (your combined monthly income) from Schedule I. — 23a. $ 1,918.06
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ 1,743.06
    - 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. — 23c. $ 175.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    
    ■ No.
    ☐ Yes.  Explain here:

Official Form 106J  Schedule J: Your Expenses  page 2

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **XIOMARA** | **SIFUENTES** | **BONILLA** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION | | |
| Case number (if known) | 3:16-bk-30 | | |

■ Check if this is an amended filing

Official Form 106Dec
## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _/s/ Xiomara Sifuentes_____    X _____
XIOMARA SIFUENTES BONILLA          Signature of Debtor 2
Signature of Debtor 1

Date  February 8, 2016              Date _____

```
Label Matrix for local noticing      BANCO POPULAR PR                    ORIENTAL BANK-CCU
0104-3                               FORTUNO & RIVERA FONT LLC           CCU - BANKRUPTCY DEPARTMENT
Case 16-00030-ESL13                  PO BOX 13786                        PO BOX 364745
District of Puerto Rico              SAN JUAN, PR 00908-3786             SAN JUAN, PR 00936-4745
Old San Juan
Mon Feb  8 16:58:54 AST 2016

US Bankruptcy Court District of P.R. AAA                                 AEE
Jose V Toledo Fed Bldg & US Courthouse PO Box 70101                      PO Box 363508
300 Recinto Sur Street, Room 109     San Juan, PR  00936-8101            San Juan, PR  00936-3508
San Juan, PR 00901-1964


ASUME-LUIS SOTO PENA                 Anderson Financial Services of PR   Att Services
PO BOX 71316 SAN JUAN PR 00936-8416  DBA Borinquen Title Loans           PO Box 192830
                                     3440 Preston Ridge Rd Ste 500       San Juan, PR  00919-2830
                                     Alpharetta, GA  30005-3823


BANCO POPULAR DE PUERTO RICO         Banco Popular de Puerto Ric         Claro
BANKRUPTCY DEPARTMENT                PO Box 362708                       PO Box 360998
PO BOX 366818                        San Juan, PR  00936-2708            San Juan, PR  00936-0998
SAN JUAN PR 00936-6818


Dept of Edu/Osla Servi               EMP. BERRIOS FINANCIERA             ORIENTAL BANK
525 Central Park Dr Ste              P.O. BOX 674                        Centralized Collections Unit
Oklahoma City, OK  73105-1723        CIDRA, PR 00739-0674                BOX 364745,
                                                                         SAN JUAN, P.R. 00936-4745


OSLA STUDENT LOAN SERVICING          Rent-A-Center                       T-Mobile
US DEPARTMENT OF EDUCATION           5501 Headquarters Dr                12920 SE 38th St
PO BOX 18475                         Plano, TX 75024-5845                Bellevue, WA 98006-7305
OKLAHOMA CITY OK 73154-0475


JOSE RAMON CARRION MORALES           MONSITA LECAROZ ARRIBAS             ROBERTO FIGUEROA CARRASQUILLO
PO BOX 9023884                       OFFICE OF THE US TRUSTEE (UST)      PO BOX 186
SAN JUAN, PR 00902-3884              OCHOA BUILDING                      CAGUAS, PR 00726-0186
                                     500 TANCA STREET  SUITE 301
                                     SAN JUAN, PR 00901


XIOMARA SIFUENTES BONILLA            End of Label Matrix
PO BOX 82                            Mailable recipients    21
JUNCOS, PR 00777-0082                Bypassed recipients     0
                                     Total                  21
```