# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 16-00030 ESL |
| XIOMARA SIFUENTES BONILLA | CHAPTER 13 |
| DEBTOR | |

## MOTION REQUESTING ORDER OF AUTHORIZATION
## RE: DEBTORS' INTENTION TO PARTICIPATE IN A LOAN MODIFICATION
## PROCESS THROUGH LOSS MITIGATION PROGRAM

TO THE HONORABLE COURT:

**NOW COME, XIOMARA SIFUENTES**, debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On January 07, 2016, the debtor filed for protection under Chapter 13 of the Bankruptcy Code, 11 U.S.C. §§1301 *et seq*. The debtor scheduled as one of her assets a real property located at Colinas del Este Development Juncos, Puerto Rico. Said property has a lien with Banco Popular de Puerto Rico ("BPPR").

2. Due to debtor's financial situation the debtor intends to visit the Offices of secured creditor BPPR to submit an application (by the debtor) for a mortgage loan modification through a loss mitigation program with secured creditor BPPR.

3. Furthermore, the debtor will file an amended Chapter 13 Plan to provide for the lift of the automatic stay in favor of BPPR for the purpose of the loan modification through BPPR's loss mitigation. The mortgage arrears (pre- and post-petition) not already paid through the Plan will fall within the scope of the loan modification.

4. The debtor hereby respectfully submits to the Court that she needs the approval of this Honorable Court to initiate the loan modification process through the loss mitigation program with BPPR. Once said modification is approved by the bank it will be submitted for evaluation to the Trustee in this case and to this Honorable Court for its approval.

Page -2-
Debtor's Intention to Participate in Loss Mitigation Program
Case no. 16-00030 ESL13

**WHEREFORE** it is respectfully requested from this Honorable Court that an approval Order upon debtor's intention to modify their mortgage loan through loss mitigation program be entered, in the above captioned case.

## NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

## CERTIFICATE OF SERVICE

**I CERTIFY**, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor, Xiomara Sifuentes Bonilla, PO Box 82 Juncos PR 00777; and to all creditors and interested parties, in the above captioned case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 27th day of June, 2016.

/s/ *Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

```
Label Matrix for local noticing          BANCO POPULAR PR                        ORIENTAL BANK-CCU
0104-3                                   FORTUNO & RIVERA FONT LLC               CCU - BANKRUPTCY DEPARTMENT
Case 16-00030-ESL13                      PO BOX 13786                            PO BOX 364745
District of Puerto Rico                  SAN JUAN, PR 00908-3786                 SAN JUAN, PR 00936-4745
Old San Juan
Mon Jun 27 12:12:38 AST 2016

US Bankruptcy Court District of P.R.     AAA                                     AEE
Jose V Toledo Fed Bldg & US Courthouse   PO Box 70101                            PO Box 363508
300 Recinto Sur Street, Room 109         San Juan, PR  00936-8101                San Juan, PR  00936-3508
San Juan, PR 00901-1964


ASUME-LUIS SOTO PENA                     Anderson Financial Services of PR       Att Services
PO BOX 71316 SAN JUAN PR 00936-8416      DBA Borinquen Title Loans               PO Box 192830
                                         3440 Preston Ridge Rd Ste 500           San Juan, PR  00919-2830
                                         Alpharetta, GA  30005-3823


BANCO POPULAR DE PUERTO RICO             Banco Popular de Puerto Ric             Claro
BANKRUPTCY DEPARTMENT                    PO Box 362708                           PO Box 360998
PO BOX 366818                            San Juan, PR  00936-2708                San Juan, PR  00936-0998
SAN JUAN PR 00936-6818


Dept of Edu/Osla Servi                   EMP. BERRIOS FINANCIERA                 ORIENTAL BANK
525 Central Park Dr Ste                  P.O. BOX 674                            Centralized Collections Unit
Oklahoma City, OK  73105-1723            CIDRA, PR 00739-0674                    BOX 364745,
                                                                                 SAN JUAN, P.R. 00936-4745


OSLA STUDENT LOAN SERVICING              Rent-A-Center                           (p)C O AMERICAN INFOSOURCE LP
US DEPARTMENT OF EDUCATION               5501 Headquarters Dr                    4515 N SANTA FE AVE
PO BOX 18475                             Plano, TX 75024-5845                    OKLAHOMA CITY OK 73118-7901
OKLAHOMA CITY OK 73154-0475


JOSE RAMON CARRION MORALES               MONSITA LECAROZ ARRIBAS                 ROBERTO FIGUEROA CARRASQUILLO
PO BOX 9023884                           OFFICE OF THE US TRUSTEE (UST)          PO BOX 186
SAN JUAN, PR 00902-3884                  OCHOA BUILDING                          CAGUAS, PR 00726-0186
                                         500 TANCA STREET  SUITE 301
                                         SAN JUAN, PR 00901


XIOMARA SIFUENTES BONILLA
PO BOX 82
JUNCOS, PR 00777-0082
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
T-Mobile                                 End of Label Matrix
12920 SE 38th St                         Mailable recipients    21
Bellevue, WA  98006-1350                 Bypassed recipients     0
                                         Total                  21
```