UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

**Debtor**: XIOMARA SIFUENTES BONILLA
**Case Number**: 16-00030-ESL13  **Chapter**: 13
**Date / Time / Room**: 07/05/2016 09:00 am osjcrt2
**Bankruptcy Judge**: ENRIQUE S. LAMOUTTE
**Courtroom Clerk**: DARHMA ZAYAS
**Reporter / ECR**: ALBALYS MALDONADO

### Matter:

Motion for Relief From Stay Under 362 [e] filed by Banco Popular of Puerto Rico, Collateral: Real Estate. Post Petition Arrears: 1,482.96 (docket #22) and Debtors Reply (docket #28)

### Appearances:
JOSE RAMON CARRION MORALES  J. Perez
ROBERTO FIGUEROA CARRASQUILLO
JUAN C FORTUNO FAS  Jeyne Sentricla

### Proceedings:

ORDER:

____ Upon debtor(s)' failure to:____ oppose;____ appear at the hearing scheduled for this date;____make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

____ Debtor shall provide adequate protection to movant by:
____curing the arrears within ____ days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

____ Parties are granted ____ days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

____ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

_X_ The automatic stay is hereby modified for loan mitigation/modification purposes only. The parties shall inform the Court within _60_ days on the status of the process.

____ Movant's application to withdraw the motion is hereby granted.

_X_ Other: Debtor's motion requesting authorization to initiate loan modification (#27) is hereby granted

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge