IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

XIOMARA SIFUENTES BONILLA

DEBTOR

CASE NO. 16-00030/ESL

CHAPTER 7

### DEBTOR'S MOTION AND NOTICE OF FILING OF AMENDED SCHEDULES "I" & "J" AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**NOW COMES, XIOMARA SIFUENTES BONILLA,** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting **Amended Schedules "I" & "J"**, dated August 30, 2016, herewith and attached to this motion.

2. These amendments to Schedules "I" & "J" is filed **to state debtor's actual income and expenses.**

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9013(c) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
Notice of Amended Schedules "I" & "J"
Case no. 16-00030/ESL7

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 7 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 30th day of August, 2016.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX ~~186~~
CAGUAS PR 00726
TEL 787-744-7699
FAX 787-746-5294
EMAIL: rfigueroa@rfclawpr.com

**Fill in this information to identify your case:**

Debtor 1: XIOMARA SIFUENTES BONILLA

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (If known): 3:16-bk-30

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____ MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   |  | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | Insurance Agent |  |
   | Employer's name | Triple - S |  |
   | Employer's address |  |  |
   | How long employed there? | 11 months |  |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 1,917.08 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross Income. Add line 2 + line 3. | $ 1,917.08 | $ N/A |

Official Form 106I                              Schedule I: Your Income                              page 1

Debtor 1  SIFUENTES BONILLA, XIOMARA         Case number (if known)  3:16-bk-30

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here  4. | $ 1,917.08 | $ N/A |

5. List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 107.34 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 85.02 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: License Loan | 5h.+ | $ 112.49 + | $ N/A |

6. Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.  6.  $ 304.85   $ N/A

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.  7.  $ 1,612.23   $ N/A

8. List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 260.00 | $ N/A |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| 8h. | Other monthly income. Specify: Christmas Bonus 550/12 | 8h.+ | $ 45.83 + | $ N/A |

9. Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.  9.  $ 305.83   $ N/A

10. Calculate monthly income. Add line 7 + line 9.  10.  $ 1,918.06 + $ N/A = $ 1,918.06
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. State all other regular contributions to the expenses that you list in Schedule J.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
    Specify:                                                                 11.  +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies  12.  $ 1,918.06
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ■ No.
    ☐ Yes. Explain:

Fill in this information to identify your case:

Debtor 1: XIOMARA SIFUENTES BONILLA

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (If known): 3:16-bk-30

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____ MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

   ☒ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. Do you have dependents?    ☐ No

   Do not list Debtor 1 and Debtor 2.    ☒ Yes    Fill out this information for each dependent.
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 8 | ☐ No ☒ Yes |
   | Son | 6 | ☐ No ☒ Yes |
   | Daughter | 15 | ☒ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?    ☒ No    ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ 310.00

   If not included in line 4:
   4a. Real estate taxes    4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance    4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses    4c. $ 0.00
   4d. Homeowner's association or condominium dues    4d. $ 0.00
5. Additional mortgage payments for your residence, such as home equity loans    5. $ 0.00

Official Form 106J                    Schedule J: Your Expenses                    page 1

Debtor 1  **SIFUENTES BONILLA, XIOMARA**  Case number (if known)  **3:16-bk-30**

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ 90.00
   - 6b. Water, sewer, garbage collection — 6b. $ 60.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 60.00
   - 6d. Other. Specify: — 6d. $ 0.00
7. **Food and housekeeping supplies** — 7. $ 349.71
8. **Childcare and children's education costs** — 8. $ 100.00
9. **Clothing, laundry, and dry cleaning** — 9. $ 50.00
10. **Personal care products and services** — 10. $ 50.00
11. **Medical and dental expenses** — 11. $ 30.00
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 240.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ 40.00
14. **Charitable contributions and religious donations** — 14. $ 0.00
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 0.00
    - 15b. Health insurance — 15b. $ 0.00
    - 15c. Vehicle insurance — 15c. $ 0.00
    - 15d. Other insurance. Specify: — 15d. $ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ 0.00
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ 0.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: — 17c. $ 0.00
    - 17d. Other. Specify: — 17d. $ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** — 18. $ 323.35
19. **Other payments you make to support others who do not live with you.** Specify: — 19. $ 0.00
20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 40.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. **Other:** Specify: Beauty & Barber — 21. +$ 20.00
    - Lunch at work — +$ 80.00
    - Savings/Emergency Funds — +$ 45.00
    - Parking — +$ 30.00
22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21. — $ 1,918.06
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ 1,918.06
23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ 1,918.06
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ 1,918.06
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. — 23c. $ 0.00
24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ■ No.
    - ☐ Yes.  Explain here:

Official Form 106J  Schedule J: Your Expenses  page 2

**Fill in this information to identify your case:**

Debtor 1: **XIOMARA SIFUENTES BONILLA**
First Name / Middle Name / Last Name

Debtor 2: (Spouse if, filing)
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): 3:16-bk-30

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ XIOMARA SIFUENTES BONILLA                X _____
XIOMARA SIFUENTES BONILLA                          Signature of Debtor 2
Signature of Debtor 1

Date **August 30, 2016**                              Date _____

```
Label Matrix for local noticing          BANCO POPULAR PR                         ORIENTAL BANK CCU
0104-3                                   FORTUNO & RIVERA FONT LLC                CCU BANKRUPTCY DEPARTMENT
Case 16-00030-ESL7                       PO BOX 13786                             PO BOX 364745
District of Puerto Rico                  SAN JUAN, PR 00908-3786                  SAN JUAN, PR 00936-4745
Old San Juan
Thu Aug 25 08:59:42 AST 2016

UNITED STATES TRUSTEE                    US Bankruptcy Court District of P.R.     AAA
500 TANCA ST STE 301                     Jose V Toledo Fed Bldg & US Courthouse   PO Box 70101
SAN JUAN, PR 00901-1922                  300 Recinto Sur Street, Room 109         San Juan, PR  00936-8101
                                         San Juan, PR 00901-1964


AEE                                      ASUME-LUIS SOTO PENA                     Anderson Financial Services of PR
PO Box 363508                            PO BOX 71316 SAN JUAN PR 00936-8416      DBA Borinquen Title Loans
San Juan, PR  00936-3508                                                          3440 Preston Ridge Rd Ste 500
                                                                                  Alpharetta, GA  30005-3823


Att Services                             BANCO POPULAR DE PUERTO RICO             Banco Popular de Puerto Ric
PO Box 192830                            BANKRUPTCY DEPARTMENT                    PO Box 362708
San Juan, PR  00919-2830                 PO BOX 366818                            San Juan, PR  00936-2708
                                         SAN JUAN PR 00936-6818


Claro                                    Dept of Edu/Osla Servi                   EMP. BERRIOS FINANCIERA
PO Box 360998                            525 Central Park Dr Ste                  P.O. BOX 674
San Juan, PR  00936-0998                 Oklahoma City, OK  73105-1723            CIDRA, PR 00739-0674


ORIENTAL BANK                            OSLA STUDENT LOAN SERVICING              Rent-A-Center
Centralized Collections Unit             US DEPARTMENT OF EDUCATION               5501 Headquarters Dr
BOX 364745,                              PO BOX 18475                             Plano, TX 75024-5845
SAN JUAN, P.R. 00936-4745                OKLAHOMA CITY OK 73154-0475


(p)C O AMERICAN INFOSOURCE LP            MONSITA LECAROZ ARRIBAS                  ROBERTO FIGUEROA CARRASQUILLO
4515 N SANTA FE AVE                      OFFICE OF THE US TRUSTEE (UST)           PO BOX 186
OKLAHOMA CITY OK 73118-7901              OCHOA BUILDING                           CAGUAS, PR 00726-0186
                                         500 TANCA STREET SUITE 301
                                         SAN JUAN, PR 00901


WIGBERTO LUGO MENDER                     XIOMARA SIFUENTES BONILLA
LUGO MENDER & CO                         PO BOX 82
CENTRO INTERNACIONAL DE MERCADEO         JUNCOS, PR 00777-0082
100 CARR 165 SUITE 501
GUAYNABO, PR 00968-8052
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
T-Mobile                                 End of Label Matrix
12920 SE 38th St                         Mailable recipients    22
Bellevue, WA  98006-1350                 Bypassed recipients     0
                                         Total                  22
```